**No. 09-9282. Clay Roselle, Petitioner v. United States, et al.**

559 U.S. 1044, 130 S. Ct. 2079, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2812.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 98.

**No. 09-9284. Sandra Kay Cabell, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2079, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2864.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 351 Fed. Appx. 799.

**No. 09-9291. Mark B. Nordyke, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2080, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2825.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9292. Leon King, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2080, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2860.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 410.

**No. 09-9295. Stanaus McCoy, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2080, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2838.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 900.

**No. 09-9304. Israel Carmenate, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2080, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2869.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 941.

**No. 09-9305. Harrington Campbell, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2081, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2899.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 923.

**No. 09-9306. Willie Hugh Morris, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2081, 176 L. Ed. 2d 427, 2010 U.S. LEXIS 2840.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.